# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

ANIBAL LEON-INZUNZA and
MICHELLE R. JOSS

        Defendant.

**NO.** CR06-241 RSL

ORDER CONTINUING TRIAL DATE

This matter having come before the court upon defendant Anival Leon-Inzunza's "Motion and Declaration to Continue Trial" (Docket #24). The government and defendant Michelle R. Joss do not oppose this motion. Having reviewed the Motion and Declaration and considered the Waiver of Speedy Trial Rights executed by Mr. Leon-Inzunza, the Court finds that:

1. Defense counsel had questions regarding defendant Leon-Inzunza's competence to stand trial. The psychological examination found him competent. However, based on the results and findings of defendant's examination, defense counsel now requires additional time to prepare the defendant for trial and to provide an effective defense;
2. Defendant Leon-Inzunza has filed a Waiver of Speedy Trial Rights (Docket #23) which he has waived his right to a speedy trial until December 24, 2006;
3. The time period between the original trial date of September 18, 2006 and the trial date set herein is excludable under 18 USC § 3161 (h)(8)(A) that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendant for a speedy trial. Failure to grant a continuance based upon the change of circumstances, the need for effective preparation, and the consent of counsel and defendants would deny defense counsel adequate time to prepare for trial;
4. Defendant Michelle R. Joss shall file a speedy trial waiver with the Court within 10 days of the date of this Order.

IT IS NOW, THEREFORE, ORDERED that the trial date of September 18, 2006 is continued to December 4, 2006.  Pretrial Motions shall be due no later than November 2, 2006.

DATED this 12th day of September, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge